

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

THOMAS G. BRUTON,                                     Office of the Clerk
Clerk

Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street
Suite A260
Geneva, IL 60134


Re: Malibu Media LLC v. Doe, subscriber assigned IP address 67.175.247.236
USDC No. 14cv00092

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.


                                                                   Sincerely yours,
                                                                   Thomas G. Bruton Clerk


                                                           By:     s/Nick Fanelle
                                                                       Deputy Clerk